Benjamin A. FAZIO, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 403, 2015

Supreme Court of Delaware.

Submitted: October 13, 2015
Decided: October 15, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex County, Cr. ID No. 1309003430

DISMISSED.